WILLIAM KUNKEL, Appellant, *v.* MUNSON INLAND WATER
LINES, INC., Respondent.

(Argued April 10, 1933; decided April 18, 1933.)

694

*Edwin M. Bohm* for motion.

*James C. Gray* opposed.

Motion granted on payment of taxable costs and ten dollars costs of motion.